1  IAN C. BALLON (SBN: 141819)
   CINDY HAMILTON (SBN: 217951)
2  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
3  East Palo Alto, California 94303
   Telephone: (650) 328-8500
4  Facsimile: (650) 328-8508
   Email: ballon@gtlaw.com; hamiltonc@gtlaw.com
5
   STEVEN M. SCHNEEBAUM (Admitted *Pro Hac Vice*)
6  GREENBERG TRAURIG, LLP
   2101 L Street, N.W., Suite 1000
7  Washington, D.C. 20037
   Telephone: 202-331-3100
8  Facsimile: 202-331-3101

9  Attorneys for Defendant and Counterclaimant
   Royal Canin USA Inc.
10

11
12                       UNITED STATES DISTRICT COURT
13                      NORTHERN DISTRICT OF CALIFORNIA
14

15  PET FOOD EXPRESS LTD.,                    | Case No. C09-01483 MHP
16                    Plaintiff,              | (Related to Case No. C09-0704 MEJ)
17  v.                                        | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE BASED ON MEDIATION DATE**
18  ROYAL CANIN USA INC.,
19                    Defendants.             | Courtroom: No. 15
20                                            | Judge: Hon. Marilyn H. Patel
                                              | Location: 450 Golden Gate Ave., San Francisco
21  AND RELATED COUNTERCLAIM
22

23      Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Pet Food Express Ltd. ("Pet Food

24  Express") and Defendant Royal Canin USA Inc. ("Royal Canin") submit a Stipulation to continue the

25  Case Management Conference, currently set for March 22, 2010, to June 7, 2010 or such other date

26  as may be convenient for the Court.

27  //

28

---

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENDE
CASE NO. C09-01483

WDC 372,078,005v1 2-5-10

This request is based on the fact that the parties have agreed to further mediation before Judge Infante. The parties are scheduled for a mediation session with Judge Infante on May 20, 2009, which was the first available date when he and the parties and their attorneys were all available. Declaration of Steven Schneebaum ¶ 2. There have been no previous motions by either party to enlarge or shorten time in this case. Declaration of Steven Schneebaum ¶ 3. The time modification will delay the Case Management Conference for approximately ten weeks. Declaration of Steven Schneebaum ¶ 3.

The parties therefore stipulate:

1) To mediation before Judge Infante on or about May 20, 2010;

2) That the Case Management Conference currently schedule for March 22, 2010, be continued to June 7, 2010.

The parties respectfully request that this stipulation be entered as an Order of this Court.

Dated: February 5, 2010.  GREENBERG TRAURIG, LLP

 /s/ *Steven M. Schneebaum*
Steven M. Schneebaum
Ian C. Ballon
Cindy Hamilton

Dated: February 5, 2010.  HENN, ETZEL AND MOORE INC.

 /s/ *John Douglas Moore*
John Douglas Moore

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: February _9_, 2010.

The Honorable Marilyn H. Patel

IT IS SO ORDERED
Judge Marilyn H. Patel

- 2 -

STIPULATION TO CONTINUE CASE MANAGEMENT CONF.
CASE NO. C09-01483

## ATTESTATION CLAUSE

I, Cindy Hamilton, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE BASED ON MEDIATION DATE. In compliance with General Order 45, X.B., I hereby attest that Steven M. Schneebaum and John Douglas Moore have concurred in this filing.

Date: February 5, 2010.                    GREENBERG TRAURIG LLP


By: /s/ *Cindy Hamilton*
    Cindy Hamilton