IAN C. BALLON (SBN: 141819)
CINDY HAMILTON (SBN: 217951)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California  94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:  ballon@gtlaw.com; hamiltonc@gtlaw.com

STEVEN M. SCHNEEBAUM (admitted *pro hac vice*)
MICHAEL J. QUARTARONE
GREENBERG TRAURIG, LLP
2101 l Street, N.W.
Washington, D.C.  20037
Telephone: (202) 530-8544
Facsimile: (202) 261-2665
Email:  schneebaums@gtlaw.com

Attorneys for Royal Canin USA, Inc.

JOHN DOUGLAS MOORE (SBN: 095655)
HENN, ETZEL & MOORE, INC.
1970 Broadway, Ste. 950
Oakland, CA  94612-2228
Telephone:  (510) 893-6300
Facsimile:  (510) 433-1298
Email:  jmoore@hennetzel.com

FRANCIS O. SCARPULLA (SBN: 041059)
ZELLE, HOFMANN, VOELBEL & MASON, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
Email: fscarpulla@zelle.com

Attorneys for Pet Food Express Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PET FOOD EXPRESS LTD.,<br><br>                    Plaintiff,<br><br>v.<br><br>ROYAL CANIN USA INC.,<br><br>                    Defendants. | Case No. C09-01483 MHP<br><br>(Consolidated with Case No. C09-0704 MHP)<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |


1   IT IS HEREBY STIPULATED by and between plaintiff Pet Food Express Ltd. and defendant Royal Canin USA Inc. through their respective counsel, to continue the Case Management Conference presently scheduled for June 25, 2010 to August 23, 2010 commencing at ~~4:00~~ **3:00** PM in Courtroom 15 of the above-entitled court.

IT IS SO STIPULATED.

Dated:  June 3, 2010                                   GREENBERG TRAURIG, LLP


                                                       By:   /s/ *Ian C. Ballon*
                                                             Ian C. Ballon
                                                             Cindy Hamilton

                                                       Attorneys for Defendant Royal Canin USA Inc.


Dated: June 3, 2010.                                   HENN, ETZEL & MOORE, INC.


                                                       By:  /s/ *John Douglas Moore*
                                                             John Douglas Moore, Esq.

                                                       Attorneys for Plaintiff Pet Food Express Ltd.


                                    ~~[PROPOSED]~~ ORDER

IT IS SO ORDERED.


    Dated:  June 4, 2010
                                                       _____
                                                       Honorable Ma[rilyn H. Patel]
                                                       Judge, United [States District Court]

*IT IS SO ORDERED.*
*Judge Marilyn H. Patel*

1          ATTESTATION CLAUSE

2    I, Cindy Hamilton, am the ECF User whose ID and password are being used to file this

3    STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED]

4    ORDER. In compliance with General Order 45, X.B., I hereby attest that Ian C. Ballon and John

5    Douglas Moore have concurred in this filing.

7    Date: June 3, 2010                              GREENBERG TRAURIG LLP

                                                     By:  /s/ *Cindy Hamilton*
10                                                        Cindy Hamilton