IAN C. BALLON (SBN: 141819)
KAREN ROSENTHAL (SBN 209419)
CINDY HAMILTON (SBN 217951)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500; Facsimile: (650) 328-8508
Email: ballon@gtlaw.com; rosenthalk@gtlaw.com; hamiltonc@gtlaw.com

STEVEN M. SCHNEEBAUM (admitted *pro hac vice*)
MICHAEL J. QUARTARONE (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
2101 l Street, N.W.
Washington, D.C. 20037
Telephone: (202) 530-8544; Facsimile: (202) 261-2665
Email: schneebaums@gtlaw.com; quartaronem@gtlaw.com

Attorneys for Defendant/Counter-claimant Royal Canin USA, Inc.

JOHN DOUGLAS MOORE (SBN: 095655)
HENN, ETZEL & MOORE, INC.
1970 Broadway, Ste. 950
Oakland, CA 94612-2228
Telephone: (510) 893-6300; Facsimile: (510) 433-1298
Email: jmoore@hennetzel.com

FRANCIS O. SCARPULLA (SBN: 041059)
JUDITH A. ZAHID (SNB: 215418)
ZELLE, HOFMANN, VOELBEL & MASON, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700; Facsimile: (415) 693-0770
Email: fscarpulla@zelle.com; jzahid@zelle.com

Attorneys for Plaintiff/Counter-defendant Pet Food Express Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PET FOOD EXPRESS LTD., <br><br> Plaintiff, <br><br> v. <br><br> ROYAL CANIN USA INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM. | Case No. C09-01483 MHP <br><br> (Consolidated with Case No. C09-0704 MHP) <br><br> **JOINT MOTION TO AMEND CASE DEADLINES AND [PROPOSED] ORDER** |

Plaintiff and Counter-defendant Pet Food Express Ltd. and Defendant and Counter-claimant Royal Canin USA Inc., through their respective counsel, hereby submit the parties' Joint Motion to Amend Case Deadlines.

## BACKGROUND

On October 12, 2010, the parties submitted a Joint Motion to Amend the Court's Discovery Schedule to permit Royal Canin USA Inc. ("RC USA") to take the depositions of Michael Levy, Mark Witriol, Terri Witriol, Glen Novotny, and the corporate representative of Pet Food Express Ltd. ("PFE") during the week of November 7, 2010. The Joint Motion was based on RC USA's expressed desire for additional time to consider documents originally requested on August 17, 2010, which had not yet been produced. The Joint Motion stated that neither party anticipated the need for further amendment to the Court's case schedule. The Court granted the Joint Motion on October 19, 2010.

However, RC USA now believes that the relief sought was too limited because RC USA's expert wants to consider information RC USA intends to solicit in the depositions now scheduled for the week of November 7, 2010, before issuing his expert report. Under the Court's current case schedule, that expert report is due on November 1, 2010, prior to the depositions of PFE's principals, officers, director, and corporate representative.

The parties therefore agree that: (1) fairness requires that the expert-report deadline be extended one additional month; and (2) an extension of the expert-report deadline requires that all other case deadlines be amended as well.

After conferring through counsel, the parties agreed to the following suggested changes:

| **Event:** | **Current Date:** | **Proposed Date:** |
| --- | --- | --- |
| Expert Designations & Reports | November 1, 2010 | December 1, 2010 |
| Close of Expert Discovery | December 1, 2010 | January 21, 2011 |
| Dispositive Motions Deadline | December 13, 2010 | February 9, 2011 |
| Oppositions Deadline | January 3, 2011 | February 28, 2011 |
| Replies Deadline | January 10, 2011 | March 7, 2011 |
| Hearing on Dispositive Motions | January 24, 2011 | March 21, 2011 |
| Pretrial Documents Deadline | February 14, 2011 | April 11, 2011 |

| | | |
|---|---|---|
| Pretrial Conference | February 24, 2011 | April 21, 2011 |
| Trial | March 8, 2011 | **April 26, 2011 at 8:30 a.m.** ~~Week of April 25, or as soon thereafter as possible~~ |

## ARGUMENT

The Court should exercise its broad authority to manage this case and extend all of the case deadlines for the same reasons it previously granted the parties' Joint Motion to Amend the Discovery Deadlines: the relief requested results from the parties' attempt to resolve a potential discovery dispute, as mandated by the Federal Rules of Civil Procedure. That potential dispute was indeed resolved through the meet-and-confer process, but the limited relief sought from the Court left RC USA's expert without access to the discovery materials that RC USA intends to obtain through the deposition process. A minimal delay in the ultimate resolution of the case is justified under these circumstances.

Moreover, allowing RC USA's expert an opportunity to consider all relevant evidence before issuing his report would be the only way, in these circumstances, to effectuate the design of the Court's August 23, 2010 scheduling order. The original schedule mandated the completion of all non-expert discovery before the expert reports and designations were due. That can only occur if the expert report and other deadlines are extended as requested.

## CONCLUSION

Accordingly, for the reasons stated above, the parties' joint motion should be granted, and the case schedule amended in a manner as consistent with the proposed dates as the Court's calendar allows.

10/29/2010



IT IS SO ORDERED

Judge Marilyn H. Patel

- 3 -   JOINT MOTION TO CASE DEADLINES AND PROPOSED ORDER
CASE NO. C09-01483

WDC 372,261,928v1 10-28-10

Dated:  October 28, 2010.	GREENBERG TRAURIG, LLP


By:   /s/ *Karen Rosenthal*
    Ian C. Ballon
    Karen Rosenthal

Attorneys for Defendant/Counter-claimant
Royal Canin USA Inc.


Dated: October 28, 2010.	ZELLE, HOFMANN, VOELBEL & MASON, LLP.


By:  /s/ *Judith A. Zahid*
    Francis O. Scarpulla
    Judith A. Zahid

Attorneys for Plaintiff/Counter-defendant
Pet Food Express Ltd.

*WDC 372,261,928v1 10-28-10*

- 4 -   JOINT MOTION TO CASE DEADLINES AND [PROPOSED ORDER
CASE NO. C09-01483

## ATTESTATION CLAUSE

I, Karen Rosenthal, am the ECF User whose ID and password are being used to file this JOINT MOTION TO AMEND CASE DEADLINES AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Judith A. Zahid, counsel for Plaintiff, has concurred in this filing.

Date:  October 28, 2010.                              GREENBERG TRAURIG LLP


                                                      By:  */s/ Karen Rosenthal*
                                                           Karen Rosenthal

*WDC 372,261,928v1 10-28-10*

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated:_____

_____
Honorable Marilyn H. Patel
United States District Court Judge