IAN C. BALLON (SBN: 141819)
CINDY HAMILTON (SBN: 217951)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California  94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:  ballon@gtlaw.com; hamiltonc@gtlaw.com

STEVEN M. SCHNEEBAUM (Admitted *Pro Hac Vice)*
MICHAEL J. QUARTARONE (Admitted *Pro Hac Vice*)
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone: (202) 530-8544
Facsimile:  (202) 261-2665
Email:  schneebaums@gtlaw.com

Attorneys for Defendant
Royal Canin USA, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PET FOOD EXPRESS LTD.**, <br><br> Plaintiff, <br><br> v. <br><br> **ROYAL CANIN USA, INC.**, <br><br> Defendant. <br><br> **AND RELATED COUNTERCLAIM** | **Case No. C09-01483 MHP** <br><br> (Consolidated with Case No. C09-0704 MHP) <br><br> **[PROPOSED] STIPULATED ORDER DENYING AMENDING THE CASE SCHEDULE** |

    Pursuant to the Stipulated Order Submitted by Plaintiff Pet Food Express Ltd. and Defendant Royal Canin USA Inc.,

    IT IS HEREBY ORDERED that the case schedule is amended as set forth below:

| Event | Prior Date | Revised Date |
|---|---|---|
| Pretrial Documents | June 5, 2011 | May 10, 2011 |
| Pretrial Hearing | June 15, 2011 | May 17, 2011 |
| Trial | June 28, 2011 | May 31, 2011 |

Dated: April 28 2011

DENIED

The _____
Judge Marilyn H. Patel

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*