UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PET FOOD EXPRESS LTD., | Case No. C09-1483 EMC |
| Plaintiff, | (Consolidated with Case No. C09-1704 EMC) |
| v. | |
| ROYAL CANIN USA INC., | **ORDER DIRECTING COURT TO FURNISH DAILY REFRESHMENTS** |
| Defendant. | |
| AND RELATED COUNTERCLAIM. | |

**IT IS HEREBY ORDERED** that the United States District Court shall furnish daily refreshments for the eight (8) members of the jury in the above-entitled matter at the expense of the United States on August 29, 30, 31, September 1 and 6, 2011 and all days thereafter as long as jury is in deliberation. Refreshments shall be delivered to the jury room for Courtroom 9, 19th Floor on August 29, 2011 by 12:00 p.m.; and by 7:45 a.m. on August 30, 31, September 1 and 6, 2011.

IT IS SO ORDERED.

Dated: August 23, 2011

EDWARD M. CHEN
United States District Judge