FILED
SEP X 1 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PET FOOD EXPRESS LIMITED,

    Plaintiff,

v.

ROYAL CANIN USA, INC.,

    Defendant.

No. C-09-1483 EMC

**SPECIAL VERDICT FORM**

We the jury answer the questions submitted to us as follows:

1. What are PFE's damages related to the 5% MDA provision?

   $ 1,011,473

2. What are PFE's damages related to the 15% Promotional Allowance provision?

   $ 2,637,651

TOTAL DAMAGES: $ 3,649,124

Have the presiding foreperson sign and date this form, and return the form to the clerk.

Dated: September 1st, 2011          Signed: _____
                                                                                        JURY FOREPERSON