UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PET FOOD EXPRESS LTD.,

    Plaintiff,

    v.

ROYAL CANIN USA INC.,

    Defendant.
_____/

AND RELATED COUNTERCLAIM.
_____/

Case No. C09-1483 EMC
(Consolidated with Case No. C09-1704 EMC)

**JUDGMENT IN A CIVIL CASE**

**(X) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( ) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** pursuant to the Verdict, Judgment is entered against Defendant for a total of $3,649,124.00. The Clerk of the Court is directed to close the file in this case.

Dated: September 1, 2011

Richard W. Wieking, Clerk

By: Betty Lee
Deputy Clerk